GLENVIEW STATE BANK, Plaintiff-Appellee, *v.* PETER M. JOSEPH *et al.,* Defendants-Appellants.

(No. 58928; ▮▮▮▮▮▮▮▮▮▮▮▮

First District (5th Division)—August 31, 1973.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE LORENZ.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Peter M. Joseph, *pro se.*

Miller and Huszagh, Ltd., of Glenview, for appellee.